## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hoskin, Frager | Case Number: 07 B 07709 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/29/08 | Filed: 4/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: June 17, 2008

Confirmed: July 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,455.00 | |
| Secured: | | 2,444.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,770.02 |
| Trustee Fee: | | 240.58 |
| Other Funds: | | 0.00 |
| Totals: | 4,455.00 | 4,455.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 1,900.00 | 1,770.02 |
| 2. | Secondary Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 15,944.86 | 2,000.00 |
| 4. | Aaron Sales & Lease Ow | Secured | 2,000.00 | 444.40 |
| 5. | Brother Loan & Finance | Unsecured | 149.65 | 0.00 |
| 6. | AAA Checkmate LLC | Unsecured | 127.00 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 26.78 | 0.00 |
| 8. | Triad Financial Services | Unsecured | 1,221.57 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 113.10 | 0.00 |
| 10. | Aspire | Unsecured | | No Claim Filed |
| 11. | Home Shopping Network | Unsecured | | No Claim Filed |
| 12. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| | | | $ 21,482.96 | $ 4,214.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 240.58 |
| | $ 240.58 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hoskin, Frager

Printed:  7/29/08

Case Number:  07 B 07709

Judge:  Goldgar, A. Benjamin

Filed:  4/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

